IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


ROBERT GONZALES, individually,
and by and through his next friends and
guardians, David and Christina Romero,

       Plaintiff,

v.                                                                          CV 09-0021 JCH/GBW

MIKE MARQUEZ, BRIAN SANCHEZ, RENEE
DOLAN, in their individual and official capacities
as police officers, and the CITY OF ALBUQUERQUE,
FLOYD GONZALES, and JOHN DOES 1-3,
in their official and individual capacities as
Metropolitan Detention Center employees, and
BERNALILLO COUNTY,

       Defendants.


ORDER GRANTING PLAINTIFF'S SECOND MOTION TO COMPEL

THIS MATTER is before the Court on Plaintiff's Second Motion to Compel

Discovery Responses from APD Defendants Following the Prior Court Order (Doc. 41)

After the First Motion and Plaintiff's Amendment to and Supplement of that Motion. *Docs.*

*50, 51.*

On June 25, 2009, Plaintiff filed a Motion to Compel Responses to Interrogatories

and Requests for Production. *Doc. 28.* Plaintiff sought to compel discovery from

Defendants Sanchez, Marquez and Dolan. *Id.* As of August 31, 2009, no response had been

filed by Defendants, which constituted consent to grant the motion.  *See* D.N.M.LR-Civ.

7.1(b).  Consequently, the Motion to Compel was granted.  *Doc. 41.*  Defendants Sanchez,

Marquez and Dolan were ordered to provide the discovery responses no later than

September 11, 2009.  *Id.*  At that time, no costs or fees were imposed on Defendants.  *Id.* at

2.  However, Defendants were advised that "failure to comply with [the] Order may lead

to the imposition of costs and fees for this Motion as well as additional sanctions."  *Id.*

On September 22 and 23, 2009, Plaintiff filed a Second Motion to Compel and

Amendments/Supplements to that Motion.  *Docs.   50, 51.*  Plaintiff contends that

Defendants Sanchez, Marquez and Dolan have still failed to respond fully to

Interrogatories 5, 6, 8, 9, and 12, and Requests for Production 6 and 9.  *Doc. 51* at 5.  Again,

Defendants have, as of the date of this Order, failed to respond.  The failure to file a

response constitutes consent to grant the motion.  *See* D.N.M.LR-Civ. 7.1(b).  Therefore, the

Second Motion to Compel as amended and supplemented[1] shall be granted.  Defendants

Marquez, Sanchez, and Dolan are ordered to fully respond to Interrogatories 5, 6, 8, 9, and

12, and Requests for Production 6 and 9 no later than November 18, 2009.

Counsel for Plaintiff will be awarded attorney's fees and costs incurred in making

the original Motion to Compel Responses to Interrogatories and Requests for Production

---

[1] As described in Amendment to and Supplement of Plaintiff's Second Motion to Compel Discovery Responses from APD Defendants Following the Prior Court Order After the First Motion.  *Doc. 51.*

and Amendment to and Supplement of Plaintiff's Second Motion to Compel Discovery

Responses from APD Defendants Following the Prior Court Order After the First Motion.

*See Docs. 28, 51.*[2]  Counsel for Plaintiff is ordered to file an affidavit outlining his costs and

fees within seven (7) days of the entry of this Order.  Counsel for Defendants may respond

five (5) days after service of Plaintiff's counsel's affidavit.


        IT IS SO ORDERED.            _____


_____     _____
                                         GREGORY B. WORMUTH
                                         UNITED STATES MAGISTRATE JUDGE


_____

        [2] The Court has intentionally excluded fees and costs incurred in making
Plaintiff's Second Motion to Compel Discovery Responses from APD Defendants
Following the Prior Court Order After the First Motion filed September 22, 2009, given
the factual errors contained therein.  *See Doc. 51* (conceding errors in previous filing).

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.        3