IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT GONZALES, individually,
and by and through his next friends
and guardians, David and Christina Romero,

      Plaintiff,

v.                                          CV-09-21 JCH/GW

MIKE MARQUEZ, et al.,

      Defendants.

## UNOPPOSED ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR EXPERT WITNESS REPORTS

THIS MATTER having come before the Court upon written motion by Plaintiff, and noting the motion is unopposed, the Court having reviewed the motion, and being otherwise fully advised, IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Extension of Time for Expert Witness Reports is hereby GRANTED. Plaintiff's expert reports will be due on January 15, 2010, with Defendants' expert reports due thirty days later, or on February 15, 2010.

_____
THE HONORABLE GREGORY WORMUTH
UNITED STATES MAGISTRATE JUDGE